IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MORESIA BROWN HAMILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| OFFICE OF INSPECTO GENERL, | ) | 3:23-CV-1569-G-BH |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*]

in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the

opinion that the Findings and Conclusions of the Magistrate Judge are correct, and

they are accepted as the Findings and Conclusions of the court.

By separate judgment, this duplicative action will be **DISMISSED** with

prejudice as frivolous under 28 U.S.C. § 1915(e)(2).

**SO ORDERED**.

August 8, 2023.

_A. Joe Fish_
A. JOE FISH
**Senior United States District Judge**

---

[*]        No objections were filed.